**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-23110/1962360875

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Jerry B. Armstrong and Theresa A. Armstrong<br>        Debtors.<br>_____<br>Chase Home Finance LLC<br>        Movant,<br>   vs.<br><br>Jerry B. Armstrong and Theresa A. Armstrong,<br>Debtors, Gayle E. Mills, Trustee.<br><br>        Respondents. | No. 4:09-bk-20291-EWH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #9) |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is, further described as:

> Lot 227, of OASIS SANTA RITA, a subdivision of Pima County, Arizona, according to the Map or Plat thereof of record in the Office of the County Recorder of Pima County, Arizona, in Book 59 of Maps and Plats at Page 50 thereof; and as Amended by Declaration of Scrivener's Error recorded in Docket 12656 at Page 1319 and in Docket 12750 at Page 27.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ___ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT